AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

United States of America
v.
Brandon L. Baxter
*Defendant*

Case No. 1:12mj3074

## ORDER SCHEDULING PRELIMINARY/DETENTION HEARINGS

The preliminary/detention hearings in this case are scheduled as follows:

| | |
|---|---|
| Place: 801 West Superior Avenue<br>Cleveland, Ohio 44113 | Courtroom No.: 17B |
| | Date and Time: 5/7/2012 at 11:00 a.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 05/02/2012

s/Greg White
*Judge's signature*

Greg White, United States Magistrate Judge
*Printed name and title*